

**WOLTZ & FOLKINSHTEYN, P.C.**

Jennie Woltz, Esq.
Benjamin Folkinshteyn, Esq.*
*admitted in NY, NJ & DC
P.O. Box 3111 I Stamford CT 06905
p203.276.0792
jwoltz@wfpclaw.com I bfolkins@wfpclaw.com

September 22, 2025

Application **GRANTED**. The deadline for the joint letter and proposed case management plan is extended to **September 26, 2025**. The parties are reminded under Individual Rule I.B.3 that all requests for extension "shall be made at least two business days before the date to be extended."

Dated: September 22, 2025
       New York, New York

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Monheit v. Riverdale Y*, Civ Case. No. 1:25-cv-06746

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dear Judge Schofield:

Due to the upcoming Jewish holiday for Rosh Hashanah on September 23 and 24, 2025, the parties respectfully request a brief extension for filing the current joint letter in advance of the initial conference, which is currently due on September 23, 2025. *See* ECF Dkt. No. 4. The parties seek a three day extension and can provide this submission by the end of the day on September 26, 2025. Thank you in advance for your understanding.

Very truly yours,

Benjamin Folkinshteyn

Benjamin Folkinshteyn, Esq.

Jonathan Kroll, Esq.
*Attorney for Plaintiff*