UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEFFREY MONHEIT,

                      Plaintiff,

        -against-

YW/YWHA OF THE BRONX/RIVERDALE,

                     Defendant.
------------------------------------------------------------- X

25 Civ. 6746 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held in this action on September 30, 2025. As discussed at the conference, it is hereby

    **ORDERED** that, by **October 7, 2025**, Plaintiff shall submit a filing advising of his intentions regarding proceeding with this action.

Dated: September 30, 2025
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**